UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**JAMES CHAPLIN**,

    **Plaintiff**

v.                                                              C.A. NO. 04-11751-GAO

**LEWIS H. SPENCE**, **et al.**,

    **Defendants**

## DEFENDANTS' MOTION TO DISMISS

NOW come the defendants LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN and, pursuant to Fed. R. Civ. P. Rule 12(b)(6), move to dismiss the above-referenced action. Plaintiff James Chaplin has brought this federal action pursuant to 42 U.S.C. § 1983, seeking monetary damages against the Commissioner, a supervisor, and a caseworker of the Department of Social Services, respectively. Chaplin claims himself entitled to monetary damages because: (1) the three defendants allegedly violated federal due process by instituting a neglect petition in Norfolk County Juvenile Court, thereby denying Chaplin the custody of his newly born child for three months; and (2) the defendant Commissioner further violated certain, unspecified Massachusetts General Laws prohibiting the disclosure of the names of juveniles involved in Juvenile Court

-2-

proceedings, this in response to a <u>Boston Globe</u> article which had been adversely critical of the conduct of the Department of Social Services.

As more fully set forth in the accompanying Memorandum, Chaplin's action must be dismissed because: (A) the defendants are not "persons" within the meaning of 42 U.S.C. § 1983; (B) the defendants are entitled to Eleventh Amendment sovereign immunity; (C) the defendants are entitled, in the context of child neglect proceedings, to prosecutorial immunity; and (D) the reach of 42 U.S.C. § 1983 does not extend to alleged violations of state law.

        DEFENDANTS LEWIS H. SPENCE, NOREEN D.
        CHABOT, and BARBARA A. HAWKES SULLIVAN,

        By their Attorneys,

        THOMAS F. REILLY
        Attorney General


        /s/ _____
        Charles M. Wyzanski
        Assistant Attorney General
        B.B.O. No. 536040
        One Ashburton Place
        Boston, MA. 02108
        Tel.No. (617) 727-2200