UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

JAMES CHAPLIN,
    Plaintiff

V.

LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN,
    Defendants

MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

Now comes the plaintiff, James Chaplin, and respectfully moves this Honorable Court to issue an order extending the time to file his opposition to the defendant's motion to dismiss to October 8, 2004.

In support of this motion the plaintiff assigns the following:

1. That counsel for plaintiff has been engaged in a trial and needs additional time to prepare the above-referenced opposition.

2. That counsel for the defendant's have agreed to the instant motion.

Respectfully Submitted,
JAMES CHAPLIN,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
508-520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, do hereby certify that I have this date caused to be served upon Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108, a copy of the plaintiff's Motion for an Extension of Time to File Opposition to the Defendants' Motion to Dismiss.

Signed Under the Pains and Penalties of Perjury,

_____
Edward J. McCormick, III

September 30, 2004

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333