UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

| | |
|---|---|
| JAMES CHAPLIN,<br>    Plaintiff<br><br>V.<br><br>LEWIS H. SPENCE, NOREEN D. CHABOT,<br>and BARBARA A. HAWKES SULLIVAN,<br>    Defendants | MOTION FOR AN EXTENSION<br>OF TIME TO FILE OPPOSITION<br>TO THE DEFENDANTS'<br>MOTION TO DISMISS |

Now comes the plaintiff, James Chaplin, and respectfully moves this Honorable Court to issue an order extending the time to file his opposition to the defendant's motion to dismiss to October 15, 2004.

In support of this motion the plaintiff assigns the following:

1. That counsel for plaintiff has been engaged in a trial and needs additional time to prepare the above-referenced opposition.

2. That counsel for the defendants has agreed to the instant motion.

            Respectfully Submitted,
            JAMES CHAPLIN,
            By His Attorney:

            Edward J. McCormick, III
            BBO No. 329780
            McCormick & Maitland
            144 Main Street, P.O. Box 318
            Norfolk, MA 02056
            508-520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 7th day of October I have served a true copy of the following, via first class mail to, Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108:

1. Motion for an Extension of Time to File Opposition to the Defendants' Motion to Dismiss.

Edward J. McCormick, III

LAW OFFICES
)RMICK & MAITLAND
NE FORTY FOUR
MAIN STREET
UNTRY CROSSING
P.O. BOX 318
RFOLK, MA 02056
REA CODE (508)
520 0333