UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
JAMES CHAPLIN,                 )
                               )
     Plaintiff,                )
                               )    C.A. NO. 04-11751-GAO
v.                             )
                               )
LEWIS H. SPENCE,               )
NOREEN D. CHABOT, and          )
BARBARA A. HAWKES SULLIVAN     )
                               )
     Defendants.               )
_____)
```

### DEFENDANTS' 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned Charles M. Wyzanski hereby certifies that as counsel to defendants he has conferred with plaintiff's attorney Edward J. McCormick, III and they have attempted in good faith to resolve or narrow the issues in the above-referenced case without any success.

-2-

**DEFENDANTS LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN,**

**By their Attorneys,**

**THOMAS F. REILLY**
**Attorney General**


<u>/s/ Charles M. Wyzanski</u>
**Charles M. Wyzanski**
**Assistant Attorney General**
**B.B.O. No. 536040**
**One Ashburton Place**
**Boston, MA. 02108**
**Tel.No. (617) 727-2200**