UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 15 A 9: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

NO. 04-11751GAO

| | | |
|---|---|---|
| JAMES CHAPLIN, | ) | |
| Plaintiff | ) | |
| | ) | **MOTION FOR AN EXTENSION** |
| V. | ) | **OF TIME TO FILE OPPOSITION** |
| | ) | **TO THE DEFENDANTS'** |
| LEWIS H. SPENCE, NOREEN D. CHABOT, | ) | **MOTION TO DISMISS** |
| and BARBARA A. HAWKES SULLIVAN, | ) | |
| Defendants | ) | |
| | ) | |

Now comes the plaintiff, James Chaplin, and respectfully moves this Honorable Court to issue an order extending the time to file his opposition to the defendant's motion to dismiss to October 22, 2004.

In support of this motion the plaintiff assigns the following:

1. That counsel for the plaintiff has been unexpectedly involved in litigation longer than previously anticipated and needs additional time to prepare the above-referenced opposition.

2. That counsel for the defendants has agreed to the instant motion.

Respectfully Submitted,
JAMES CHAPLIN,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
508-520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 14th day of October I have served a true copy of the following, via first class mail to, Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108:

1.    Motion for an Extension of Time to File Opposition to the Defendants' Motion to Dismiss.

Edward J. McCormick, III

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333