UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

JAMES CHAPLIN,
      Plaintiff

V.

LEWIS H. SPENCE, NOREEN D. CHABOT,
and BARBARA A. HAWKES SULLIVAN,
      Defendants

MOTION TO PRESENT ARGUMENT WITH REGARD TO THE MOTION TO DISMISS

Now comes the plaintiff and respectfully moves this Honorable Court to hear oral argument with regard to the defendants' Motion to Dismiss.

Respectfully Submitted,
JAMES CHAPLIN,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
508-520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 22nd day of October, I have served a true copy of the following, via first class mail to, Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108:

1. Plaintiff's Opposition to the Defendants' Motion to Dismiss; and

2. Motion to Present Argument with Regard to the Motion to Dismiss.

_____
Edward J. McCormick, III

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333