UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

| | |
|---|---|
| JAMES CHAPLIN,<br>        Plaintiff<br><br>V.<br><br>LEWIS H. SPENCE, NOREEN D. CHABOT,<br>and BARBARA A. HAWKES SULLIVAN,<br>        Defendants | ASSENTED TO MOTION FOR<br>AN ENLARGEMENT OF TIME<br>TO FILE PROOF OF SERVICE |

Now comes the plaintiff and respectfully moves this Honorable Court to enlarge the period of time to file the return of service from December 10, to December 30, 2004.

In support of this motion the plaintiff assigns the following:

1. That the Complaint was filed on August 10, 2004;
2. That by a letter of August 25, 2004, sent certified mail, each of the defendants was served with the Complaint and a Waiver of Service for Summons;
3. That by a cover letter dated September 17, 2004, each of the defendants filed a Motion to Dismiss;
4. That the plaintiff has filed an opposition to the Motion to Dismiss;
5. That this Court has scheduled a hearing on the Motion to Dismiss for January 10, 2005;
6. That the defendants have not returned the waivers of service of summons;
7. That while the defendants have obviously been served with the respective Complaints, the returns of service have not been filed and additional time is necessary to do so.
8. That counsel for the defendants has assented to the instant motion.

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

Respectfully Submitted,
DEFENDANTS,
By Their Attorney:

_____
Charles M. Wyzanski
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617)727-2200

Respectfully Submitted,
JAMES CHAPLIN,
By His Attorney:

_____
Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
508-520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520 0333