UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

| | |
|---|---|
| JAMES CHAPLIN, )<br>        Plaintiff      )<br>                           )<br>V.                         )<br>                           )<br>LEWIS H. SPENCE, NOREEN D. CHABOT, )<br>and BARBARA A. HAWKES SULLIVAN, )<br>        Defendants   )<br>                           ) | AFFIDAVIT IN SUPPORT OF<br>ASSENTED TO MOTION FOR<br>AN ENLARGEMENT OF TIME<br>TO FILE PROOF OF SERVICE |

I, Edward J. McCormick, III, do hereby state that to the best of my knowledge the following is true:

1. That I am counsel for the plaintiff in the above-entitled matter.

2. That by a cover letter of August 25, 2004, I caused to be sent via certified mail copies of the Complaint and waivers of service.

3. That I have discussed the instant motion with counsel for the defendants and have been informed that the defendants assent to this motion.

Signed Under the Pains and Penalties of Perjury:

_____
Edward J. McCormick, III

Dated: December 16, 2004

LAW OFFICES
MCCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 316
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 16th day of December I have served a true copy of the following, via first class mail to, Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108:

1. Assented to Motion for an Enlargement of Time to File Proof of Service; and

2. Affidavit in Support of Assented to Motion for an Enlargement of Time to File Proof of Service.

_____
Edward J. McCormick, III

LAW OFFICES
MCCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333