# UNITED STATES DISTRICT COURT

District of   Massachusetts

James Chaplin

V

Lewis H. Spence, Noreen D. Chabot
and Barbara A. Hawkes Sullivan

SUMMONS IN A CIVIL ACTION

**04  11751 GAO**

CASE NUMBER:

TO: (Name and address of Defendant)

Noreen D. Chabot
Department of Social Services
24 Farnsworth St.
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward J. McCormick, III
144 Main St., PO Box 318
Norfolk, MA  02056

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

AUG 10 2004

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/17/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT S WINTHROP | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dept. of Social Services
24 Farnsworth St. Boston MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: CRYSTAL BECK RECEPTIONIST

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/04            Robert S. Winthrop
                Date                    Signature of Server

Address of Server
Robert S. Winthrop, Constable
P.O. Box 255
East Walpole, MA 02032

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.