# UNITED STATES DISTRICT COURT

District of   Massachusetts

James Chaplin

V.

Lewis H. Spence, Noreen D. Chabot
and Barbara A. Hawkes Sullivan

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  04  11751  GAO

TO: (Name and address of Defendant)

Lewis H. Spence
24 Farnsworth St.
Boston, MA  02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward J. McCormick, III
144 Main St., PO Box 318
Norfolk, MA  02056

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/17/04 |
| NAME OF SERVER (PRINT) ROBERT S WINTHROP | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Dept. of Social Services 24 Farnsworth St. Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: CRYSTAL BECK RECEPTIONIST

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/04
            Date

Signature of Server

Address of Server

Robert S. Winthrop, Constable
P.O. Box 255
East Walpole, MA 02032

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.