UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11751GAO

| | |
|---|---|
| JAMES CHAPLIN,<br>        Plaintiff<br><br>V.<br><br>LEWIS H. SPENCE, NOREEN D. CHABOT,<br>and BARBARA A. HAWKES SULLIVAN,<br>        Defendants | NOTICE OF CHANGE OF<br>ADDRESS |

Now comes counsel for the plaintiff and does give notice of a change of address to:

Edward J. McCormick, III
Gilmore, Rees, Carlson & Cataldo
1000 Franklin Village Drive
Franklin, MA 02038
(508)520-2200

Respectfully Submitted,
JAMES CHAPLIN,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
508-520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 3rd day of January I have served a true copy of the following, via first class mail to, Charles M. Wyzanski, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA 02108:

1. Notice of Change of Address.

_____
Edward J. McCormick, III

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333