UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES CHAPLIN,<br><br>    Plaintiff<br>v.<br><br>LEWIS H. SPENCE, <u>et al.</u>,<br><br>    Defendants | C.A. NO. 04-11751-GAO |

**<u>DEFENDANTS' ANSWER AND JURY TRIAL DEMAND</u>**

The defendants LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN [hereinafter "the defendants"] respond to the Complaint of plaintiff JAMES CHAPLIN ["Chaplin"] by correspondingly numbered paragraphs as follows:

<u>GENERAL ALLEGATIONS</u>

    1.    The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, which are therefore denied.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

FACTUAL ALLEGATIONS

1. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

2. Admitted as to the instituting of an emergency petition, denied as to the balance of the allegations because the petition speaks for itself.

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted as to the dates of the hearing and the issue of transfer but denied as to there having been no hearing with respect to the fitness of either parent.

7. Admitted.

8. Admitted.

9. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

10. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

11. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

-3-

12. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

13. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

COUNT I

1. Defendants repeat the answers contained in paragraphs one and two of the General Allegations, and paragraphs one through nineteen of the Factual Allegations.

2. Denied.

3. Denied.

4. Denied.

COUNT II

1. Defendants repeat the answers contained in paragraphs one and two of the General Allegations, and paragraphs one through nineteen of the Factual Allegations.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

6. Denied.

<u>COUNT III</u>

1. Defendants repeat the answers contained in paragraphs one and two of the General Allegations, and paragraphs one through nineteen of the Factual Allegations.

2. Denied.

3. Denied.

4. Denied.

<u>COUNT IV</u>

1. Defendants repeat the answers contained in paragraphs one and two of the General Allegations, and paragraphs one through nineteen of the Factual Allegations.

2. Denied.

3. Denied.

4. Denied.

**FIRST DEFENSE**

The defendants are entitled to absolute immunity.

**SECOND DEFENSE**

The defendants are entitled to qualified immunity.

-5-

**THE COMMONWEALTH CLAIMS A TRIAL BY JURY AS TO ALL COUNTS**

        **DEFENDANTS LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN,**

        By their Attorneys,

        **THOMAS F. REILLY
ATTORNEY GENERAL**

        <u>/s/Charles M. Wyzanski</u>
        Charles M. Wyzanski
        BBO # 536040
        Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        Tel. No. 617-727-2200