UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11751-GAO

| | |
|---|---|
| JAMES CHAPLIN,<br>        Plaintiff<br><br>VS.<br><br>LEWIS H. SPENCE,<br>NOREEN D. CHABOT,<br>and BARBARA A. HAWKES<br>SULLIVAN,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Joint Statement

Now come the parties and do hereby submit the Joint Statement pursuant to Rule 16.1.

1. Settlement

    On May 31, 2005, the plaintiff did submit in writing a settlement demand to the defendants' counsel.  All parties have conferred and the defendants do not wish to make any settlement proposal at this time.

2. Joint Statement and Discovery Schedule

    The parties have conferred and agree to limit the discovery to no more than six (6) depositions.

    The parties intend to conclude discovery by December 1, 2005.

    The parties will file any motions for Summary Judgment by February 1, 2006.

3. Trial by Magistrate Judge

    The parties have conferred and do not wish to proceed to trial by Magistrate Judge.

4. <u>Certifications</u>

Counsel for both parties do hereby certify that they have conferred with the parties with regard to the costs of this litigation and have considered alternative dispute resolutions.

Given the nature of the case, counsel do not believe that any alternative dispute resolution would be appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Defendants, | Plaintiff, |
| LEWIS SPENCE, ET AL. | JAMES CHAPLIN, |
| By their attorney, | By his attorney, |
|  |  |
| /s/ Charles M. Wyzanski | /s/ Edward J. McCormick, III |
| Charles M. Wyzanski, Esq. | Edward J. McCormick, III, Esq. |
| Asst. Attorney General | GILMORE, REES, CARLSON & CATALDO, P.C. |
| One Ashburton Place | 1000 Franklin Village Drive |
| Boston, MA  02108 | Franklin, MA 02038 |
| 617-727-2200 | 508-520-2200 |
|  | BBO#: 329780 |
|  |  |
| Date: _____ | Date: _____ |