UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES CHAPLIN,      )<br>        Plaintiff      )<br>                              )<br>VS.                         )<br>                              )<br>LEWIS H. SPENCE,      )<br>NOREEN D. CHABOT,      )<br>and BARBARA A. HAWKES SULLIVAN, )<br>        Defendants      )<br>                              ) | C.A. NO.  04-11751-GAO<br><br><br>NOTICE OF CHANGE OF ADDRESS |

Now comes counsel for the plaintiff in the above-entitled matter and does give notice of his change of address to:

        Edward J. McCormick, III, Esq.
        MCCORMICK & MAITLAND
        195 Main Street
        Franklin, MA   02038
        508-520-0333

        Respectfully submitted,
        Plaintiff,
        By his attorney,


        /s/ Edward J. McCormick, III
        Edward J. McCormick, III
        McCormick & Maitland
        195 Main Street
        Franklin, MA   02038
        508-520-0333
        BBO #: 329780

CERTIFICATE OF SERVICE

     I, Edward J. McCormick, III, Esq., hereby certify that on this 2nd day of March, 2006, I served a copy of the Notice of Change of Address, via first-class mail, postage prepaid, upon the following:

Charles M. Wyzanski, Esq.
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598

                                          /s/ Edward J. McCormick, III
                                          Edward J. McCormick, III