UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES CHAPLIN,

    Plaintiff

v.                                                          C.A. NO. 04-11751-GAO

LEWIS H. SPENCE, et al.,

    Defendants

**DEFENDANTS' ASSENTED-TO MOTION
TO CONTINUE TRIAL**

NOW come the defendants and move to continue the trial scheduled in the above-captioned action presently scheduled for pre-trial on Thursday, May 11, 2006 and for trial on Monday, May 22, 2006. As reason therefore, defendant's counsel represents that he is to begin a 2-3 week trial in Shing v. Commonwealth of Massachusetts Department of Revenue, Suffolk C.A. No. 2001-01421, having only the month before completed a two-week trial in Bhaduri v. Middlesex County Sheriff's Department, et al., Middlesex C.A. No. 2001-2696. Defendant's counsel has thus been unable to accommodate plaintiff's proposed deposition schedule and the action cannot realistically be prepared or ready for trial as previously scheduled.

Plaintiff has assented to this motion and the parties would request a new date of June 26, 2006 or in September as the Court finds convenient.

**DEFENDANTS LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN,**

**By their Attorneys,**

**THOMAS F. REILLY**
**ATTORNEY GENERAL**


**/s/Charles M. Wyzanski**
**Charles M. Wyzanski**
**Assistant Attorney General**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**Tel. No. 617-727-2200**

**Assented to:**


**/s/ Edward J. McCormick, Esq.**
**McCormick & Maitland**
**195 Main Street**
**Franklin, MA 02038**
**(508) 520-0333**