UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11751-GAO

| | |
|---|---|
| JAMES CHAPLIN,        ) | |
|     Plaintiff        ) | |
| ) | |
| VS.        ) | Motion to Change Trial Date |
| ) | |
| LEWIS H. SPENCE,        ) | |
| NOREEN D. CHABOT,        ) | |
| and BARBARA A. HAWKES SULLIVAN, ) | |
|     Defendants        ) | |
| ) | |

    Now comes the plaintiff and respectfully moves that this Honorable Court change the trial date set this day for July 17, 2006.

    In support of this motion, the plaintiff assigns the following:

1. That counsel for the plaintiff did previously assent to the defendant's Motion to Continue the trial originally scheduled for May 22, 2006;

2. That by the motion to continue filed by the defendant, the parties requested that the matter be re-scheduled for the week of June 26, 2006, or September, 2006;

3. That counsel for the plaintiff has a previously-planned vacation and is unavailable on July 17, 2006.

    Respectfully Submitted,
    The Plaintiff,
    By His Attorney,

    /s/ Edward J. McCormick, III
    Edward J. McCormick, III
    McCormick & Maitland
    Suite Six – Hayward Manor
    195 Main Street
    Franklin, MA  02038
    (508) 520-0333
    BBO #329780

CERTIFICATE OF SERVICE

      I, Edward J. McCormick, III, attorney for the Plaintiff, James Chaplin, do hereby certify that on the 2nd day of May, 2006, I served copies of the Motion to Change Trial Date, via first-class mail, postage pre-paid, upon the following counsel of record:

Charles M. Wyzanski, Esquire
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598

    /s/ Edward J. McCormick, III
    Edward J. McCormick, III