UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
**JAMES CHAPLIN,**            )
    **Plaintiff**         )
                              )
v.                            )   C.A. NO. 04-11751-GAO
                              )
**LEWIS H. SPENCE, et al.,**  )
    **Defendants**        )
                              )
_____)


**DEFENDANTS' ASSENTED-TO MOTION TO FILE LATE
THEIR MOTION FOR SUMMARY JUDGMENT**

    NOW come the defendants LEWIS H. SPENCE, the Commissioner of the Massachusetts Department of Social Services ("DSS"), BARBARA A. HAWKES SULLIVAN, a DSS supervisor, and NOREEN D. CHABOT, a DSS caseworker, and move for permission to file and have heard the accompanying Motion For Summary Judgment on the presently assigned Jury Trial date set for September 11, 2006.

    Due to Commissioner Spence's difficult schedule followed by a one-month vacation in June and July, plaintiff JAMES CHAPLIN was only able to conclude discovery on July 21, 2006 and defendants were unable to file their accompanying dispositive summary judgment motion until now.

    Counsel had moved to continue the Final Pre-Trial Conference and Trial until September on account of their

respective vacations.  The Court has scheduled the Final Pre-Trial for August 31, 2004, when plaintiff's counsel will be on vacation and out of the country, and trial for September 11, 2004.

Rule 56(b) of the Federal Rules of Civil Procedure specifically provides that a defending party may move for summary judgment "at any time."  Mass.R.Civ.P. Rule 56(b). Defendants' counsel, with the assent of plaintiff's counsel, respectfully request that the Final Pre-Trial Conference be cancelled and that the accompanying Motion For Summary Judgment be scheduled in lieu of the Jury Trial date on September 11 at 2:00 p.m.

-3-

          DEFENDANTS LEWIS H. SPENCE, NOREEN D. CHABOT, and BARBARA A. HAWKES SULLIVAN,

          By their Attorneys,

          THOMAS F. REILLY
          Attorney General


          <u>/s/ Charles M. Wyzanski</u>
          Charles M. Wyzanski
          Assistant Attorney General
          B.B.O. No. 536040
          One Ashburton Place
          Boston, MA. 02108
              Tel.No. (617) 727-2200


**Assented to:**

**PLAINTIFF JAMES CHAPLIN,**

**By his attorneys,**


<u>/s/ Edward J. McCormick</u>
Edward J. McCormick, Esq.
McCormick & Maitland
195 Main Street
Franklin, MA 02038
Tel. No. 508-520-0333