UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11751-GAO

| | |
|---|---|
| JAMES CHAPLIN, )<br>      Plaintiff )<br>)<br>VS. )<br>)<br>LEWIS H. SPENCE, )<br>NOREEN D. CHABOT, )<br>and BARBARA A. HAWKES SULLIVAN, )<br>      Defendants )<br>) | Motion for Additional Time to<br>File Opposition to Defendants'<br>Motion for Summary Judgment |

    Now comes the plaintiff in the above-entitled matter and respectfully requests this Court allow him until September 1, 2006 to file his Opposition to the Defendants' Motion for Summary Judgment.

    In support of this motion, the plaintiff assigns the following:

1. That due to the vacation schedule of plaintiff's counsel, additional time is required to prepare this Opposition;

2. That counsel for the defendants is presently out of the county, and so has been unavailable for consultation regarding the instant Motion; and

3. That plaintiff's counsel does not anticipate any opposition from defendants' counsel to the instant motion.

    Respectfully Submitted,
    The Plaintiff,
    By His Attorney,

    /s/ Edward J. McCormick, III
    Edward J. McCormick, III
    McCormick & Maitland
    Suite Six – Hayward Manor
    195 Main Street
    Franklin, MA 02038
    (508) 520-0333

CERTIFICATE OF SERVICE

  I, Edward J. McCormick, III, attorney for the Plaintiff, James Chaplin, do hereby certify that on the 24th day of August, 2006, I served a copy of the Motion for Additional Time to File Opposition to Defendants' Motion for Summary Judgment, via first-class mail, postage pre-paid, upon the following counsel of record:

  Charles M. Wyzanski, Esquire
  Assistant Attorney General
  One Ashburton Place
  Boston, MA 02108-1598

                 /s/ Edward J. McCormick, III
                Edward J. McCormick, III