UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES CHAPLIN, )<br>      Plaintiff      )<br>)<br>VS.      )<br>)<br>LEWIS H. SPENCE, )<br>NOREEN D. CHABOT, )<br>and BARBARA A. HAWKES SULLIVAN, )<br>      Defendants      )<br>) | C.A. NO. 04-11751-GAO<br><br>Notice of Filing |

      Now comes the plaintiff, James Chaplin, and respectfully gives notice of his filing via hard copy the following documents:

1. Opposition to Defendants' Motion for Summary Judgment;

2. Memorandum in Opposition to Defendants' Motion for Summary Judgment;

3. Plaintiff's Cross-Motion for Summary Judgment on Count II; and

4. Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment on Count II.

      These documents were served September 1, 2006 via e-mail and first-class mail, postage pre-paid, upon the following counsel of record:

Charles M. Wyzanski, Esquire
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598

                                                    /s/ Edward J. McCormick, III
                                                    Edward J. McCormick, III