UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11751-GAO

JAMES CHAPLIN,　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　)　　Opposition to the Defendants'
　　　　　　　　　　　　　　　　　　　)　　Motion for Summary Judgment
LEWIS H. SPENCE,　　　　　　　　　　)
NOREEN D. CHABOT,　　　　　　　　　 )
and BARBARA A. HAWKES SULLIVAN, )
　　　　　Defendants　　　　　　　　　)

Now comes the plaintiff and respectfully gives notice of his opposition to the defendants' Motion for Summary Judgment.

In support of this opposition, the plaintiff assigns the following:

1.　　　That with regard to Counts I, III, and IV of the Complaint, each alleging a wrongful denial of custody, Mr. Chaplin's infant son, the defendants are:

　　　a.　　not entitled to absolute immunity for their actions, but rather only qualified immunity. Cinelli v. Cutillo, 896 F.2d 650 (1st Cir. 1990); and

　　　b.　　not entitled to summary judgment as there exist genuine issues of material facts;

2.　　　That with regard to Count II alleging an invasion of privacy, the defendant is not entitled to any immunity and has violated the provisions of the Massachusetts General Laws, Chapter 119, Section 51E. Likewise, the defendants' Motion for Summary Judgment must be dismissed, as there exists a genuine issue of material fact.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

　/s/ Edward J. McCormick, III
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383