UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11751-GAO

| | |
|---|---|
| JAMES CHAPLIN,<br>    Plaintiff )<br>)<br>)<br>VS. )<br>)<br>LEWIS H. SPENCE, )<br>NOREEN D. CHABOT, )<br>and BARBARA A. HAWKES SULLIVAN, )<br>    Defendants )<br>) | Plaintiff's Cross Motion for<br>Summary Judgment on Count II |

Now comes the plaintiff, James Chaplin, and respectfully moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter summary judgment in his favor against the defendant, Lewis H. Spence ("Spence"), on Count II of the Complaint.

In support of this motion, the plaintiff assigns the following:

1. That on March 29, 2004, Spence did cause to be published in the Boston Globe a "Letter to the Editor," which read as follows:

   "Adrian Walker's March 4 column not only failed to fully and accurately report the circumstances of the custody battle for Lyndon Yeager Chaplin, it also failed to accurately report my comments in the case ("Bureaucracy and a Baby," City & Region). I never expressed doubt about the handling of the controversy by the Department of Social Services' Arlington office. I believe that it acted thoughtfully and deliberately for the safety and well-being of the child. I only expressed uncertainty about what position we at DSS would take in the upcoming court case on custody, given the outstanding uncertainties about both mother and father. Walker made a classic child welfare error: He became over-invested in his beliefs about the father, and then refused to take in new data that should have prompted a reconsideration of those beliefs. But when Walker makes an error, the only consequence is a bad newspaper column. When we make an error, the result can be fatal."

2. That by disclosing the name of the infant Lyndon Yeager Chaplin in his letter to the editor, the Spence did violate Massachusetts General Laws Chapter 119, Section 51E;

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

3. That the plaintiff notified Spence of such violation by the March 30, 2004 letter from his attorney to Spence;

4. That by his Answers to Interrogatories, Spence did admit that he authored the above-referenced letter;

5. That by his deposition testimony, Spence did admit that he authored the above-referenced letter; and

6. That accordingly, no genuine dispute of any material fact exists and the plaintiff is entitled to judgment as a matter of law.

Respectfully Submitted,
The Plaintiff,
BY His Attorney,

  /s/ Edward J. McCormick, III
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333

McCormick & Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383