


EXHIBIT
Spence
2
7/21/06    LS
PENGAD 800-631-6989

# Letters *to the* Editor

## Accuracy about a custody battle

ADRIAN WALKER'S March 4 column not only failed to fully and accurately report the circumstances of the custody battle for Lyndon Yeager Chaplin, it also failed to accurately report my comments on the case ("Bureaucracy and a baby," City & Region).

I never expressed doubt about the handling of the controversy by the Department of Social Services' Arlington office. I believe that it acted thoughtfully and deliberately for the safety and well-being of the child.

I only expressed uncertainty about what position we at DSS would take in the upcoming court case on custody, given the outstanding uncertainties about both mother and father.

Walker made a classic child welfare error: He became over-invested in his beliefs about the father, and then refused to take in new data that should have prompted a reconsideration of those beliefs.

But when Walker makes an error, the only consequence is a bad newspaper column. When we make an error, the result can be fatal.

LEWIS H. SPENCE
COMMISSIONER
DEPARTMENT OF
SOCIAL SERVICES
*Boston*

## Detoxification: cost effective

"BOSTON'S heroin crisis" (editorial, March 25) outlining the mayor's good intentions presents only a Band-Aid. The fes-



## Ban private cars in historic Boston

TRAFFIC IS flowing through the Big Dig, but I fear it is all a Big Mistake.

This project was fueled by America's addiction to the automobile. We have buried cars, and that's an accomplishment. But why spend all that money on behalf of private cars? Instead of the Big Dig, Boston should have built the long needed rail connection between North and South stations, enhanced trolley, bus and light rail systems.

Boston should start a long range plan to ban private cars from its historic downtown. It could be a charming place to walk or ride a bicycle. It could have healthy air. But we won't the way we're headed.

STEVE CARTWRIGHT
*Waldoboro, Maine*

## More funds for