March 30, 2004

Lewis H. Spence, Commissioner
Department of Social Services
24 Farnsworth St.
Boston, MA 02210

Dear Mr. Spence:

    Please be advised that my client James Chaplin has been made aware of the letter to the editor that appeared in yesterday's Boston Globe. Mr. Chaplin has requested that I express not only his outrage and disappointment at the public use of his infant son's name, but also at the disclosure of the unfounded and baseless allegations made by the Department of Social Services against him.

    As you are no doubt aware the custody battle was conducted in Juvenile Court and proceedings are not open to the public, and the contents of such are not to be disclosed.

    Indeed, I take the liberty of referring you to General Laws Chapter 119, Section 51E which reads in applicable part: "Any person who permits any information in the files to be released to persons other than agencies other than those specified in this section shall be punished by a fine of not more than one thousand dollars or by imprisonment for not more than two and one half years or both."

    As I am sure you are aware of the above-referenced prohibition, I am unsure as to your intent in writing this letter. In any event, please be advised that it is Mr. Chaplin's intention to pursue any and all causes of action available to him.

    If you care to discuss this matter, please feel free to contact me at anytime.

Yours truly,

Edward J. McCormick, III

EJMIII/slh

