UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11751-GAO

JAMES CHAPLIN, )
    Plaintiff )
)
VS. )
) Affidavit of James Chaplin
LEWIS H. SPENCE, )
NOREEN D. CHABOT, )
and BARBARA A. HAWKES SULLIVAN, )
    Defendants )

I, James Chaplin, do hereby state that to the best of my knowledge the following is true:

1. I am the plaintiff in the above-entitled matter and am a resident of the State of Alaska;

2. I am the father of the infant child Lyndon Yeager Chaplin who lives with me in Alaska;

3. I am a licensed pilot and fly airplanes in the State of Alaska;

4. I have never involved nor have I ever been alleged to be involved with any narcotic drugs;

5. That immediately prior to my son's birth I traveled with my son's mother to Massachusetts so as to ensure proper medical care;

6. At no time was it my intention or decision to place my son for adoption with any individual or agency;

7. That at no time did I authorize the release or use by any person of my infant son's name or the information concerning the Juvenile Court proceedings involving my son;

8. That at no time did I agree to the Commonwealth of Massachusetts ever taking or having custody of my infant son.

Signed Under the Pains and Penalties of Perjury:

_____    _____
James Chaplin                     Date

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383