## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, attorney for the Plaintiff, James Chaplin, do hereby certify that on the 1st day of September, 2006, I served copies of the following documents:

1. Opposition to Defendants' Motion for Summary Judgment;
2. Memorandum in Opposition to Defendants' Motion for Summary Judgment;
3. Plaintiff's Cross-Motion for Summary Judgment on Count II; and
4. Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment on Count II.

Via e-mail and first-class mail, postage pre-paid, upon the following counsel of record:

Charles M. Wyzanski, Esquire
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598

Edward J. McCormick, III

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383