UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES CHAPLIN
          Plaintiff(s)

v.          CIVIL ACTION NO. 04-11751-GAO

LEWIS SPENCE
          Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

After oral argument held on September 11, 2006, the court GRANTS the defendant's motion for Summary Judgment ( #21,#28). Judgment is entered in favor of all defendants.

          SARAH A. THORNTON,
          CLERK OF COURT

Dated: 9/12/06          By Paul Lyness
          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)