UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11751-GAO

| | |
|---|---|
| JAMES CHAPLIN, ) | |
|     Plaintiff ) | |
| ) | |
| VS. ) | |
| ) | Notice of Appeal |
| LEWIS H. SPENCE, ) | |
| NOREEN D. CHABOT, ) | |
| and BARBARA A. HAWKES SULLIVAN, ) | |
|     Defendants ) | |
| ) | |

    Notice is hereby given that James Chaplin, plaintiff in the above-entitled cause of action, hereby appeals to the United States Court of Appeals for the First Circuit from the order of September 12, 2006, granting the defendants' Motion for Summary Judgment.

                                  Respectfully Submitted,
                                  The Plaintiff
                                  By His Attorney

                                  /s/ Edward J. McCormick, III
                                  Edward J. McCormick, III
                                  McCormick & Maitland
                                  Suite Six – Hayward Manor
                                  195 Main Street
                                  Franklin, MA 02038
                                  (508) 520-0333

CERTIFICATE OF SERVICE

    I, Edward J. McCormick, do hereby certify that on the 3rd day of October, 2006, I served a copy of the Notice of Appeal, via first class mail, postage prepaid, upon the following counsel of record:

    Charles M. Wyzanski, Esquire
    Assistant Attorney General
    One Ashburton Place
    Boston, MA 02108-1598

    /s/ Edward J. McCormick, III
    Edward J. McCormick, III