APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11751-GAO

Chaplin v. Spence et al  
Assigned to: Judge George A. O'Toole, Jr  
Cause: 42:1983 Civil Rights Act

Date Filed: 08/10/2004  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

James Chaplin — represented by **Edward J. McCormick, III**  
McCormick & Maitland  
195 Main Street  
Suite Six - Hayward Manor  
Franklin, MA 02038  
508-520-0333  
Fax: 508-520-0383  
Email: ejmccormick@mcandmlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Lewis H. Spence — represented by **Charles M. Wyzanski**  
Attorney General's Office  
One Ashburton Place  
Boston, MA 02114  
617-727-2200  
Fax: 617-727-3076  
Email: charles.wyzanski@ago.state.ma.us  
*ATTORNEY TO BE NOTICED*

**Defendant**

Noreen D. Chabot — represented by **Charles M. Wyzanski**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

Barbara A. Hawkes Sullivan — represented by **Charles M. Wyzanski**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 08/10/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57891, filed by James Chaplin.(Barrette, Mark) (Entered: 08/16/2004) |
| 08/10/2004 |  | Summons Issued as to Noreen D. Chabot, Barbara A. Hawkes Sullivan and Lewis H. Spence. (Barrette, Mark) (Entered: 08/16/2004) |
| 08/10/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Barrette, Mark) (Entered: 08/16/2004) |
| 09/17/2004 | 2 | MOTION to Dismiss by Noreen D. Chabot, Barbara A. Hawkes Sullivan, Lewis H. Spence.(Wyzanski, Charles) (Entered: 09/17/2004) |
| 09/17/2004 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by Noreen D. Chabot, Barbara A. Hawkes Sullivan, Lewis H. Spence. (Attachments: # 1 Exhibit A)(Wyzanski, Charles) (Entered: 09/17/2004) |
| 10/01/2004 | 4 | MOTION for Extension of Time to October 8, 2004 to File Response/Reply as to 2 MOTION to Dismiss by James Chaplin. Counsel have agreed to the instant motion.c/s(Edge, Eugenia) (Entered: 10/04/2004) |
| 10/08/2004 | 5 | MOTION for Extension of Time to October 15, 2004 to File Opposition as to 2 MOTION to Dismiss by James Chaplin.c/s(Edge, Eugenia) (Entered: 10/08/2004) |
| 10/15/2004 | 7 | MOTION for Extension of Time to October 22, 2004 to File Response/Reply as to 2 MOTION to Dismiss by James Chaplin.c/s(Edge, Eugenia) (Entered: 10/19/2004) |
| 10/19/2004 | 6 | CERTIFICATE OF CONSULTATION re 3 Memorandum in Support of Motion, 2 MOTION to Dismiss by Charles M. Wyzanski on behalf of Noreen D. Chabot, Barbara A. Hawkes Sullivan, Lewis H. Spence. (Wyzanski, Charles) (Entered: 10/19/2004) |
| 10/22/2004 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 4 Motion for Extension of Time to File Response/Reply, finding as moot 5 Motion for Extension of Time to File Response/Reply, finding as moot 7 Motion for Extension of Time to File Response/Reply, cc/cl (Edge, Eugenia) (Entered: 10/27/2004) |
| 10/22/2004 | 8 | MEMORANDUM in Opposition re 2 MOTION to Dismiss filed by James Chaplin. (Edge, Eugenia) (Entered: 10/27/2004) |
| 10/22/2004 | 9 | MOTION to Present Argument with regard to the motion to dismiss re 2 MOTION to Dismiss by James Chaplin.c/s(Edge, Eugenia) (Entered: 10/27/2004) |
| 11/16/2004 |  | NOTICE of Hearing on Motion 2 MOTION to Dismiss: Motion Hearing set for 1/10/2005 02:30 PM in Courtroom 9 before George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 11/16/2004) |
| 12/17/2004 | 10 | Assented to MOTION for Extension of Time to December 30, 2004 to |

| | | |
|---|---|---|
| | | File Proof of Service by James Chaplin.c/s (Attachments: # 1 Affidavit in Support of motion for extension of time)(Edge, Eugenia) (Entered: 12/20/2004) |
| 12/22/2004 | 11 | SUMMONS Returned Executed Noreen D. Chabot served on 12/17/2004, answer due 1/6/2005. (Edge, Eugenia) (Entered: 12/23/2004) |
| 12/22/2004 | 12 | SUMMONS Returned Executed Barbara A. Hawkes Sullivan served on 12/17/2004, answer due 1/6/2005. (Edge, Eugenia) (Entered: 12/23/2004) |
| 12/22/2004 | 13 | SUMMONS Returned Executed Lewis H. Spence served on 12/17/2004, answer due 1/6/2005. (Edge, Eugenia) (Entered: 12/23/2004) |
| 01/04/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting nunc pro tunc 10 Motion for Extension of Time (Lyness, Paul) Modified on 1/5/2005 to add text to entry. (Edge, Eugenia). (Entered: 01/04/2005) |
| 01/04/2005 | 14 | NOTICE of Change of Address by Edward J. McCormick, III. c/s (Edge, Eugenia) (Entered: 01/06/2005) |
| 01/10/2005 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Motion Hearing held on 1/10/2005 re 9 MOTION for Hearing re 2 MOTION to Dismiss filed by James Chaplin,, 2 MOTION to Dismiss filed by Lewis H. Spence,, Noreen D. Chabot,, Barbara A. Hawkes Sullivan,. After oral argument, motion to dismiss ( #2) is DENIED. Motion for hearing on the motion to dismiss( #9) is GRANTED. Discovery due by 6/30/2005. (Court Reporter Richard Romanow.) (Lyness, Paul) (Entered: 01/11/2005) |
| 01/10/2005 | | Motions terminated: 9 MOTION for Hearing re 2 MOTION to Dismiss filed by James Chaplin,, 2 MOTION to Dismiss filed by Lewis H. Spence,, Noreen D. Chabot,, Barbara A. Hawkes Sullivan,. (Lyness, Paul) (Entered: 01/11/2005) |
| 03/18/2005 | 15 | ANSWER to Complaint by Lewis H. Spence, Noreen D. Chabot, Barbara A. Hawkes Sullivan.(Wyzanski, Charles) (Entered: 03/18/2005) |
| 05/18/2005 | 16 | NOTICE of Scheduling Conference Scheduling Conference set for 7/19/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/19/2005) |
| 07/18/2005 | 17 | JOINT STATEMENT of counsel. (McCormick, Edward) (Entered: 07/18/2005) |
| 07/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Scheduling Conference held on 7/19/2005. Joint Statement submitted by counsel is adopted by the court. Depositions to be completed by 12/1/05. Status Conference set for 12/5/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 07/21/2005) |
| 10/14/2005 | | NOTICE of Hearing: Status Conference set for 12/5/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your |

| | | |
|---|---|---|
| | | calendars accordingly.(Lyness, Paul) (Entered: 10/14/2005) |
| 12/05/2005 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 12/5/2005. S.J Motions due by 2/15/2006. Jury Selection set for 5/22/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 5/22/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 5/11/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Court Reporter Lee Marzilli.) (Lyness, Paul) (Entered: 12/05/2005) |
| 03/01/2006 | 🔵 18 | NOTICE of Change of Address by Edward J. McCormick, III (McCormick, Edward) (Entered: 03/01/2006) |
| 04/13/2006 | 🔵 19 | Assented to MOTION to Continue *Trial* by Lewis H. Spence, Noreen D. Chabot, Barbara A. Hawkes Sullivan.(Wyzanski, Charles) (Entered: 04/13/2006) |
| 04/13/2006 | 🔵 | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 19 Motion to Continue (Lyness, Paul) (Entered: 04/14/2006) |
| 04/14/2006 | 🔵 | Set/Reset Hearings: Final Pretrial Conference set for 7/6/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 7/17/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/14/2006) |
| 05/02/2006 | 🔵 20 | MOTION to Continue Trial by James Chaplin.(McCormick, Edward) (Entered: 05/02/2006) |
| 05/11/2006 | 🔵 | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 20 Motion to Continue Jury Trial set for 9/11/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 8/31/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/11/2006) |
| 07/31/2006 | 🔵 21 | MOTION for Summary Judgment by all defendants.(Wyzanski, Charles) (Entered: 07/31/2006) |
| 07/31/2006 | 🔵 22 | MEMORANDUM in Support with sealed exhibits A thru I re 21 MOTION for Summary Judgment filed by all defendants. (Wyzanski, Charles) Additional attachment(s) added on 8/1/2006 (Edge, Eugenia). (Entered: 07/31/2006) |
| 07/31/2006 | 🔵 23 | Assented to MOTION for Extension of Time to File Late Thier Motion for Summary Judgment by all defendants.(Wyzanski, Charles) Modified on 8/1/2006 to modify text (Edge, Eugenia). (Entered: 07/31/2006) |
| 08/01/2006 | 🔵 | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 23 Motion for Extension of Time to file Motion for Sumamry Judgment (Edge, Eugenia) (Entered: 08/01/2006) |
| 08/14/2006 | 🔵 | ELECTRONIC NOTICE Resetting or Cancelling Hearing. The final pre |

| | | |
|---|---|---|
| | | trial conference and jury trial are cancelled. Counsel to be notified of new dates. (Lyness, Paul) Modified on 8/15/2006 (Edge, Eugenia). (Entered: 08/14/2006) |
| 08/24/2006 | 24 | MOTION for Extension of Time to 9.1.06 to File Response/Reply *to Defendants' Motion for Summary Judgment* by James Chaplin. (McCormick, Edward) (Entered: 08/24/2006) |
| 08/25/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 24 Motion for Extension of Time to File Response/Reply re 24 MOTION for Extension of Time to 9.1.06 to File Response/Reply *to Defendants' Motion for Summary Judgment* Responses due by 9/1/2006 (Lyness, Paul) (Entered: 08/25/2006) |
| 08/29/2006 | | ELECTRONIC NOTICE of Hearing on Motion 21 MOTION for Summary Judgment: Motion Hearing set for 9/11/2006 02:45 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 08/29/2006) |
| 09/01/2006 | 25 | NOTICE *of Filing Hard Copy Opposition to Motion for Summary Judgment, Supporting Memorandum, Cross-Motion for Summary Judgment, and Supporting Memorandum* by James Chaplin (McCormick, Edward) Modified on 9/5/2006 (Edge, Eugenia). (Entered: 09/01/2006) |
| 09/01/2006 | 26 | MEMORANDUM in Opposition re 21 MOTION for Summary Judgment filed by James Chaplin. c/s (Attachments: # 1 Exhibits A thru G - filed with Clerk's Office (see entry #25))(Edge, Eugenia) (Entered: 09/05/2006) |
| 09/01/2006 | 27 | Opposition re 21 MOTION for Summary Judgment filed by James Chaplin. c/s (Edge, Eugenia) (Entered: 09/05/2006) |
| 09/01/2006 | 28 | Cross MOTION for Summary Judgment on Count II by James Chaplin. c/s Edge, Eugenia) Modified on 9/5/2006 (Edge, Eugenia). (Entered: 09/05/2006) |
| 09/01/2006 | 29 | MEMORANDUM in Support re 28 Cross MOTION for Summary Judgment on Count II filed by James Chaplin. (Attachments: # 1 Exhibit A# (2) Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Edge, Eugenia) Additional attachment(s) added on 9/8/2006 (Edge, Eugenia). (Entered: 09/05/2006) |
| 09/01/2006 | 30 | CERTIFICATE OF SERVICE by James Chaplin re 26 Memorandum in Opposition to Motion, 29 Memorandum in Support of Motion, 27 Opposition to Motion, 28 MOTION for Summary Judgment. (Edge, Eugenia) (Entered: 09/05/2006) |
| 09/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Motion Hearing held on 9/11/2006 re 21 MOTION for Summary Judgment filed by Lewis H. Spence,, Noreen D. Chabot,, Barbara A. Hawkes Sullivan,, 28 MOTION for Summary Judgment filed by James Chaplin,. After oral argument, the court GRANTS the defendants' motion to dismiss (#21,#28) Judgment is entered in favor of |

District of Massachusetts V751 on 2.5 - Docket Report
Case 1:04-cv-11751-GAO   Document 33-2   Filed 11/07/2006   Page 6 of 6
Page 6 of 6

| | | |
|---|---|---|
| | | all defendants (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/12/2006) |
| 09/12/2006 | 31 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of defendants against plaintiff(Lyness, Paul) (Entered: 09/12/2006) |
| 10/03/2006 | 32 | NOTICE OF APPEAL by James Chaplin. $ 0.00 (fee not received) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/23/2006. (McCormick, Edward) Modified on 10/4/2006 (Edge, Eugenia). (Entered: 10/03/2006) |