

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2562

JAMES CHAPLIN,

Plaintiff, Appellant,

v.

LEWIS H. SPENCE; NOREEN D. CHABOT; BARBARA A.
HAWKES-SULLIVAN,

Defendants, Appellees.

---

## JUDGMENT

Entered: December 1, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/1/06

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By:_____

Chief Deputy clerk

[cc: Edward J. McCormick, III, Esq., Charles M. Wyzanski, AAG]